**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00405-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUSS EDWARD MISTER,

    Defendant.

## ORDER DENYING MOTION FOR PRESENTENCE CONFINEMENT CREDIT

**Blackburn, J.**

The matter before me is defendant's **Motion For Presentence Confinement Credit** [#27] filed March 14, 2008.  I deny the motion.

Having reviewed carefully the file and record of this action, the motion and responses of the government and the probation department, I conclude as follows: (1) that I lack jurisdiction to award presentence confinement credit or to modify sentence, *see* Fed. R. Crim. P. 35(a), 18 U.S.C. §§ 3582(c) and 3585; (2) that defendant is not entitled to additional presentence credit because he received credit against his state sentence during the time he was in federal custody prior to his sentencing in federal court; and (3) that the motion is moot because on November 16, 2009, the defendant was released to mandatory parole, which will trigger commencement of the three-year term of supervised release in this case.

**THEREFORE, IT IS ORDERED** that the defendant's **Motion For Presentence Confinement Credit** [#27] filed March 14, 2008, is **DENIED**.

Dated November 17, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge